UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § | CRIMINAL NO. L-17-577 MGM |
| JOSE ALEJANDRO GARZA III § § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about July 7, 2017, in the Southern District of Texas, and within the jurisdiction of the Court, Defendant,

**JOSE ALEJANDRO GARZA III,**

did knowingly conspire and agree with each other and with other persons known and unknown to the grand jurors, to transport and move and attempt to transport and move within the United States by means of transportation and otherwise, an alien who had come to, entered, and remained in the United States in violation of law, in furtherance of such violation.

In violation of Title 8, United States Code, Section 1324 (a)(1)(A)(ii) and (v)(I).

### COUNT TWO

On or about July 7, 2017, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JOSE ALEJANDRO GARZA III,**

knowing and in reckless disregard of the fact that **EULALIO VAIL-MENDEZ**, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation

and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II).

### COUNT THREE

On or about July 7, 2017, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JOSE ALEJANDRO GARZA III,**

knowing and in reckless disregard of the fact that **LUIS FERNANDO JIMENEZ-JUAREZ**, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II).

### COUNT FOUR

On or about July 7, 2017, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JOSE ALEJANDRO GARZA III,**

knowing and in reckless disregard of the fact that **FRANCISCO LUCAS-LUCAS**, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II).

## COUNT FIVE

On or about July 7, 2017, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JOSE ALEJANDRO GARZA III,**

knowing and in reckless disregard of the fact that **JOSE LUIS NUNEZ-GARCIA**, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II).

## COUNT SIX

On or about July 7, 2017, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JOSE ALEJANDRO GARZA III,**

knowing and in reckless disregard of the fact that **DOMINGO SOTERO-RAMIREZ**, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II).

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

Giselle S. Guerra
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

CRIMINAL DOCKET NO. **L-17-577**

__LAREDO__ DIVISION
FILE: 17-09524   MAG#: 17-00698
<u>INDICTMENT</u>

Filed: __August 01, 2017__      Judge: _____

ATTORNEYS:

UNITED STATES OF AMERICA

<u>ABE MARTINEZ, ACTING USA</u>
<u>Giselle S. Guerra, AUSA</u>

VS.

**JOSE ALEJANDRO GARZA III**

**CHARGE:**  Ct 1:   Conspiracy to transport undocumented aliens within the United States
[8 USC 1324(a)(1)(A)(ii) and (v)(I)]
Cts. 2-6: Transport and attempt to transport undocumented aliens for financial gain
[8 USC 1324(a)(1)(A)(ii) and (v)(II)]

**TOTAL COUNTS: 6**

**PENALTY:**  Cts.1 to 6:   Not more than 10 Years and/or $250,000.00, $100 Special Assessment, $5,000 Special Assessment, Not More Than a 3 Year Term of Supervised Release

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: